IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA FRAZIER, on behalf of herself and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACELL, INC.,<br><br>Defendant. | Cause No.<br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

COMES NOW, Defendant Acell, Inc., by and through its undersigned counsel, and reserving any and all defenses and exceptions, move to remove this cause of action which is now pending in the Circuit Court of Clay County, Missouri to the United States District Court Western District of Missouri. As grounds for removal, Defendant states as follows:

### Procedural Background

1. On or about May 19, 2020, Plaintiff initiated this case on behalf of herself and a proposed class by filing a Class Action Petition in the Circuit Court of Clay County, Missouri styled *Barbara Frazier v. Acell, Inc.*, Case number 20CY-CV04518.

2. A copy of all process, pleadings and orders served upon Defendant in the state court action is attached herein (See Exhibit A).

3. Defendant Acell, Inc. was served on or about May 27, 2020.

4. This Notice of Removal is timely pursuant to 28U.S.C.A. § 1446 (b) as the Notice of Removal is filed within thirty (30) days of service of Summons upon Defendant.

5. A true and just copy of this Notice of Removal was served upon Plaintiffs attorneys of record and will be filed with the Clerk of the Circuit Court of Clay County, Missouri as required under 28U.S.C.A. § 1446 (d).

## Parties

6. Plaintiff is a citizen of the state of Missouri.

7. Defendant Acell, Inc. is a Delaware corporation authorized to do business in the state of Missouri, with its principle place of business in Columbia, Maryland. Defendant Acell, Inc., is therefore, not a citizen of the state of Missouri.

## Grounds for Removal

1. This is a filing for class action for which this Court has original jurisdiction under 28 U.S.C.A. § 1332, as amended by the Class Action Fairness Act of 2005 (hereinafter "CAFA") in that it is an action between citizens of different states and the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs.

2. The removing party shows that plaintiff is a citizen of the state of Missouri as set forth in the Petition and Defendant is incorporated in a state other than Missouri, with its principal place of business in a state other than Missouri. Accordingly, there is diversity under CAFA.

3. The Petition states that "the number of class members is unknown at this time, but it is believed the product in question was improperly used on hundreds, if not thousands of patients."

4. As defined by CAFA, the amount in controversy exceeds the sum of $5,000,000, exclusive of interests in costs, based on the Petition's allegations of the size of proposed class, and the fact that its members seek, among significant other relief, compensation for

injuries that were allegedly caused by the improper use and marketing of a medical device which led to surgical intervention and numerous other damages.

5. The damages sought in the Petition include medical bills and expenses, lost income, lost time and disruption of daily activities, compensatory value of physical disability or disfigurement, pain and suffering and emotional distress, attorneys' fees, punitive damages and litigation costs. With hundreds if not thousands of proposed class members, and with the above alleged damages, it is a good faith belief of Defendant that hundreds of class members seeking recovery of medical bills, expenses and lost income alone would exceed the $5,000,000 along with the additional requested relief including emotional distress, pain and suffering, the value of disability or disfigurement, punitive damages, attorney fees would further increase the amount in controversy.

6. Alternatively, removal is also proper under 28 U.S.C.A. § 1332 as there is diversity between Plaintiff and Defendant and Defendant has a good faith basis the amount in controversy exceeds the $75,000.00.

7. This Notice of Removal is filed subject to and without waiver of any defenses or objections to the Petition that Defendant may have.

    WHEREFORE, Defendant Acell, Inc., requests that this Notice of Removal be deemed sufficient and that this matter be removed to this Court.

CHILDRESS AHLHEIM CARY LLC

BY:/s/ *Craig R. Klotz*
Craig R. Klotz, 58850MO
1010 Market Street, Suite 500
St. Louis, Missouri 63101
P: 314-621-9800
F: 314-621-9802
cklotz@jchildresslaw.com
*Attorneys for Defendant ACell, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of June 2020, the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification to all attorneys of record.

/s/    *Craig R. Klotz*